AO 442 (Rev. 08/14) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | |
| ) | Case No. 1084 2:20CR01084-001WJ |
| Hector Joel Chavira ) | |
| *Defendant* ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay (name of person to be arrested) Hector Joel Chavira

Also Known As: Cortez, Hector Joel
Also Known As: Chavirra, Hector
Also Known As: Cortez, Hector
Also Known As: Chavira, Hector

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows: Defendant failed to report to the Diersen Charities Halfway House and his whereabouts are unknown.

Date: 2/5/2021

*Issuing Officer's signature*

City and state: Las Cruces, NM

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

| Return |
|---|
| This warrant was received on ( date ) _____, and the person was arrested on ( date ) _____ at ( city and state ) _____. |
| Date: _____                                    _____ |
|                                                     *Arresting officer's signature* |
|                                                                                      |
|                                                     _____ |
|                                                     *Printed name and title* |

03-17-9r

PS8 (9/2019)   Case 2:20-cr-0108 WJ   Document 43 (Ex Parte)   Filed 2/05/21   Page 1 of 1

# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs Hector Joel Chavira                                 Docket No. 2:20CR01084-001WJ

Petition for Action on Conditions of Release Pending Revocation Hearing

COMES NOW **Luis Rodriguez** United States Probation Officer presenting an official report upon the conduct of **Hector Joel Chavira** who was placed under pretrial release supervision by the Honorable Gregrory B. Wormuth, United States Magistrate Judge, sitting in the court at **Las Cruces New Mexico**, on December 2, 2020, with conditions which included the following:

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

- Defendant shall be released to Diersen Charities Halfway House once bed space is available. Defendant must abide by all program rules and requirements at the Halfway House.

- Defendant must submit to drug testing and treatment as deemed appropriate by the United States Probation Office.

PRAYING THAT THE COURT WILL ORDER A WARRANT FOR THE DEFENDANT'S ARREST

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **02/05/2021**

*Luis Rodriguez*

Luis Rodriguez
**United States Probation Officer**

Place: **Las Cruces, New Mexico**

CERTIFIED a True Copy of the original filed in the office of the Clerk
by _____ Deputy